**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408

Attorney for Defendant
**NAM PHAMTRAN**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 05-CR-0542-GEB |
| Plaintiff, | EX PARTE APPLICATION RE: PERMISSION FOR DEFENDANT TO LEAVE CENTRAL DISTRICT JURISDICTION; ORDER THEREON |
| vs. | |
| NAM PHAMTRAN, | |
| Defendant. | |

**TO THE HONORABLE DALE A DROZD, UNITED STATES MAGISTRATE JUDGE FOR THE EASTERN DISTRICT OF CALIFORNIA**:

Defendant Nam Phamtran, by and through his counsel of record, Alex R. Kessel, hereby seeks an order from this Honorable Court granting defendant Phamtran permission to travel to Chicago, Illinois to attend the K/BIS 2006 Expo.

This request is based upon this ex parte application, the declaration of Alex R. Kessel

DATED: April 20, 2006                                    Respectfully submitted,


                                                          /S/
                                                         ―――――――――――
                                                         ALEX R. KESSEL
                                                         Attorney for Defendant
                                                         NAM PHAMTRAN

1

**DECLARATION OF ALEX R. KESSEL, ESQ.**

I, ALEX R. KESSEL, ESQ., declare:

1. I, Alex R. Kessel, am attorney of record for defendant Nam Phamtran.

2. My client is presently out on bond.

3. The defendant is currently employed by Accessory Wholesalers in Sant Ana, California . As part of his employment, his employer, Kiet Lieu, has requested that he travel to Chicago to attend a business exposition from April 20, 2006 through April 23, 2006 and to meet with a local manufacturer while in Chicago.

4. My office has previously contact AUSA Matthew Stegman regarding out of state travel for the defendant. Mr. Stegman indicated he was not opposed to travel within the contiguous 48 states. However, Mr. Stegman has not returned my offices' calls regarding this particular itinerary.

5. Pretrial Services Officer Steven Sheehan indicated he has no opposition to the defendant traveling to Chicago from April 20, 2006 through April 23, 2006. Mr. Phamtran will provide his itinerary to pretrial services prior to his departure and verification of his attendance at the conference upon his return.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of April, 2006, in Encino, California.

      /S/
ALEX R. KESSEL, ESQ.

1  **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**:

2      Defendant Nam Phamtran is permitted to travel to Chicago, Illinois on April 20, 2006
3  through April 23, 2006.

4  DATED: April 20, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

9  Ddad1/orders.criminal/phamtran0542.ord

3