**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408

Attorney for Defendant
**NAM PHAMTRAN**

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NAM PHAMTRAN,<br><br>Defendant. | CASE NO.: 2:05-CR-542-GEB<br><br>STIPULATION RE: PERMISSION FOR DEFENDANT TO LEAVE CENTRAL DISTRICT JURISDICTION; ORDER THEREON |

**IT IS HEREBY STIPULATED,** by and between plaintiff, the UNITED STATES OF AMERICA, and defendant NAM PHAMTRAN, through his counsel of record that:

1. Defendant Nam Phamtran be permitted to leave the jurisdiction of the Central District in order to attend a bachelor party in Las Vegas, Nevada, from June 23, 2006, to June 25, 2006, for a period of three days;

2. Defendant Nam Phamtran, upon arriving in Las Vegas, Nevada shall contact his pretrial services officer, STEVEN SHEEHAN, and advise him of the defendant's location of residence and telephone number in Las Vegas, Nevada; and

3. Defendant Nam Phamtran, upon return to his place of residence in the Central District shall contact his pretrial services officer, STEVEN SHEEHAN, and advise him of defendant's return from Las Vegas, Nevada. .

///

///

DATED: June 21, 2006

        /S/ Alex R. Kessel
ALEX R. KESSEL
Attorney for Defendant,
NAM PHAMTRAM

DATED: June 21, 2006

        /S/ Matthew Stegman
MATTHEW STEGMAN
Assistant United States Attorney
for Plaintiff, UNITED STATES OF AMERICA

**<u>ORDER</u>**

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED:  June 21, 2006

*(signature)*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

For U.S. District Judge Garland E. Burrell

2