1

**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
2
Penthouse Suite 1208
Encino, California 91436-2746
3
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
4

5
Attorney for Defendant
**NAM PHAMTRAN**
6

7

8
**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICTOF CALIFORNIA**
9

10

UNITED STATES OF AMERICA,                    )     **CASE NO.: 2:05-CR-542-GEB**
11                                           )
                            Plaintiff,        )     **STIPULATION RE: PERMISSION**
12                                           )     **FOR DEFENDANT TO LEAVE**
                                              )     **CENTRAL DISTRICT JURISDICTION;**
vs.                                           )     **ORDER THEREON**
13                                           )
NAM PHAMTRAN,                                 )
14                                           )
                            Defendant.        )
15  _____          )

16

17          **IT IS HEREBY STIPULATED,** by and between plaintiff, the UNITED STATES OF

18  AMERICA, and defendant NAM PHAMTRAN, through his counsel of record that:

19          1.      Defendant Nam Phamtran be permitted to leave the jurisdiction of the Central District

20  in order to attend a family gathering  in Las Vegas, Nevada, from September 1, 2006, to September

21  3, 2006, for a period of three  days;

22          2.      Defendant Nam Phamtran, upon arriving in Las Vegas, Nevada shall contact his

23  pretrial services officer, TODD SAUBER (714) 338-4562 , and advise him of the defendant's

24  location of residence and telephone number in Las Vegas, Nevada; and

25          3.      Defendant Nam Phamtran, upon return to his place of residence in the Central

26  ///

27  ///

28  ///

1

1    District shall contact his pretrial services officer, TODD SAUBER (714) 338-4562, and advise him

2    of defendant's return from Las Vegas, Nevada.

3    DATED: August 10, 2006

4

5                                                    ___/S/ Alex R. Kessel_____
                                                     ALEX R. KESSEL
6                                                    Attorney for Defendant,
                                                     NAM PHAMTRAM
7

8    DATED: August 10,  2006

9

10                                                   ___/S/ Matthew Stegman_____
11   _____              MATTHEW STEGMAN
                                                   Assistant United States Attorney
12                                                 for Plaintiff, UNITED STATES OF AMERICA

13                                    **ORDER**

14        **GOOD CAUSE APPEARING, IT IS SO ORDERED.**

15

16   Dated:  August 28, 2006

17
                                          /s/ Garland E. Burrell, Jr.
18                                        GARLAND E. BURRELL, JR.
                                          United States District Judge
19

20

21

22

23

24

25

26

27

28