**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
email: kessellaw@sbcglobal.net

Attorney for Defendant
**NAM PHAMTRAN**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICTOF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:05-CR-542-GEB |
| Plaintiff, | STIPULATION RE: PERMISSION FOR DEFENDANT TO LEAVE CENTRAL DISTRICT JURISDICTION; ORDER THEREON |
| vs. | |
| NAM PHAMTRAN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED,** by and between plaintiff, the UNITED STATES OF AMERICA, and defendant NAM PHAMTRAN, through his counsel of record that:

1. Defendant Nam Phamtran be permitted to leave the jurisdiction of the Central District for a business trip in Tokya, Japan, from October 20, 2006, to October 26, 2006, for a period of seven days;

2. Defendant Nam Phamtran, upon arriving in Tokyo, Japan shall contact his pretrial services officer, TODD SAUBER (714) 338-4562 , and advise him of the defendant's location of residence and telephone number in Toyko, Japan; and

3. Defendant Nam Phamtran, upon return to his place of residence in the Central District shall contact his pretrial services officer, TODD SAUBER (714) 338-4562, and advise him of defendant's return from Tokyo, Japan.

4. The clerk of the court of hereby directed to return defendant's passport for the purposes of this trip. Defendant is to return the passport to the clerk's office upon his return from

Japan.

DATED: October 17, 2006

                                        /S/ Alex R. Kessel
                                        ALEX R. KESSEL
                                        Attorney for Defendant,
                                        NAM PHAMTRAM

DATED: October 17, 2006

                                        /S/ Matthew Stegman
                                        MATTHEW STEGMAN
                                        Assistant United States Attorney
                                        for Plaintiff, UNITED STATES OF AMERICA

**ORDER**

**IT IS SO ORDERED.**

Dated:   October 18, 2006

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge