**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408

Attorney for Defendant
**NAM PHAMTRAN**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICTOF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:05-CR-542-GEB |
| Plaintiff, | STIPULATION RE: PERMISSION FOR DEFENDANT TO LEAVE CENTRAL DISTRICT JURISDICTION; ORDER THEREON |
| vs. | |
| NAM PHAMTRAN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED,** by and between plaintiff, the UNITED STATES OF AMERICA, and defendant NAM PHAMTRAN, through his counsel of record that:

1. Defendant Nam Phamtran be permitted to leave the jurisdiction of the Central District in order to attend a family gathering in Las Vegas, Nevada, from February 9, 2007, to February 11, 2007, for a period of three days;

2. Defendant Nam Phamtran, upon arriving in Las Vegas, Nevada shall contact his pretrial services officer, TODD SAUBER (714) 338-4562 , and advise him of the defendant's location of residence and telephone number in Las Vegas, Nevada; and

3. Defendant Nam Phamtran, upon return to his place of residence in the Central District shall contact his pretrial services officer, TODD SAUBER (714) 338-4562, and advise him of defendant's return from Las Vegas, Nevada.

///

///

1  DATED: February 6, 2007

2

3                                          /S/ Alex R. Kessel
   ALEX R. KESSEL
4  Attorney for Defendant,
   NAM PHAMTRAM
5

6  DATED: February 6, 2007

7

8
                                            /S/ Matthew Stegman
9                                          MATTHEW STEGMAN
   Assistant United States Attorney
10 for Plaintiff, UNITED STATES OF AMERICA

11
                              **ORDER**
12
       **IT IS SO ORDERED.**
13
   **Dated:  February 7, 2007**
14

15
                            _/s/ Garland E. Burrell, Jr._
16                         **GARLAND E. BURRELL, JR.**
                           **United States District Judge**
17

18

19

20

21

22

23

24

25

26

27

28

2