**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
email: kessellaw@sbcglobal.net

Attorney for Defendant
**NAM PHAMTRAN**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICTOF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:05-CR-542-GEB |
| Plaintiff, | STIPULATION RE: PERMISSION FOR DEFENDANT TO LEAVE CENTRAL DISTRICT JURISDICTION; ORDER THEREON |
| vs. | |
| NAM PHAMTRAN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED,** by and between plaintiff, the UNITED STATES OF AMERICA, and defendant NAM PHAMTRAN, through his counsel of record that:

1. Defendant Nam Phamtran be permitted to leave the jurisdiction of the Central District for a business trip to Fort Lauderdale, Florida, from March 1, 2007, to March 4, 2007, for a period of three days;

2. Defendant Nam Phamtran, upon arriving in Fort Lauderdale, Florida shall contact his pretrial services officer, TODD SAUBER (714) 338-4562 , and advise him of the defendant's location of residence and telephone number in Fort Lauderdale, Florida; and

3. Defendant Nam Phamtran, upon return to his place of residence in the Central District shall contact his pretrial services officer, TODD SAUBER (714) 338-4562, and advise him of defendant's return from Fort Lauderdale, Florida.

1  DATED: February 27, 2007

2

3                                                           /S/ Alex R. Kessel
                                                     ALEX R. KESSEL
4                                                    Attorney for Defendant,
                                                     NAM PHAMTRAM
5

6  DATED: February 27, 2007

7

8
                                                           /S/ Matthew Stegman
9                                                    MATTHEW STEGMAN
                                                     Assistant United States Attorney
10                                                   for Plaintiff, UNITED STATES OF AMERICA

11
                                    **ORDER**
12
              **GOOD CAUSE APPEARING, IT IS SO ORDERED.**
13

14  **Dated:  February 28, 2007**

15
                                          /s/ Garland E. Burrell, Jr.
16                                   **GARLAND E. BURRELL, JR.**
                                     **United States District Judge**
17

18

19

20

21

22

23

24

25

26

27

28