**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408

Attorney for Defendant
**NAM PHAMTRAN**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NAM PHAMTRAN,<br><br>    Defendant. | CASE NO.: 2:05-CR-542-GEB<br><br>STIPULATION RE: PERMISSION FOR DEFENDANT TO LEAVE CENTRAL DISTRICT JURISDICTION; ORDER THEREON |

**IT IS HEREBY STIPULATED,** by and between plaintiff, the UNITED STATES OF AMERICA, and defendant NAM PHAMTRAN, through his counsel of record that:

1. Defendant Nam Phamtran be permitted to leave the jurisdiction of the Central District in order to attend the Kitchen and Bath Show, for work purposes in Chicago, Illinois, from April 10, 2008, to April 14, 2008,, for a period of five days;

2. Defendant Nam Phamtran, upon arriving in Chicago, Illinois shall contact his pretrial services officer, STACY BARRIOS (714) 338-4561, and advise him of the defendant's location of residence and telephone number in Chicago, Illinois; and

3. Defendant Nam Phamtran, upon return to his place of residence in the Central District shall contact his pretrial services officer, STACY BARRIOS (714) 338-4561, and advise him of defendant's return from Chicago, Illinois.

///

///

1

1 | DATED: April 4, 2008

3 | /S/ Alex R. Kessel
ALEX R. KESSEL
4 | Attorney for Defendant,
NAM PHAMTRAM

6 | DATED: April 4, 2008

9 | /S/ Matthew Stegman
MATTHEW STEGMAN
Assistant United States Attorney
10 | for Plaintiff, UNITED STATES OF AMERICA

## ORDER

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

**Dated: April 4, 2008**

GARLAND E. BURRELL, JR.
United States District Judge

2