1  **ALEX R. KESSEL (State Bar No. 110715)**
   16000 Ventura Blvd.
2  Penthouse Suite 1208
   Encino, California 91436-2746
3  Telephone: (818) 995-1422
   Facsimile: (818) 788-9408
4

5  Attorney for Defendant
   **NAM PHAMTRAN**
6

7
                    **UNITED STATES DISTRICT COURT**
8
              **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10

11  UNITED STATES OF AMERICA,          )  **CASE NO.: 2:05-CR-542-GEB**
                                       )
12                      Plaintiff,     )  **STIPULATION RE: PERMISSION**
                                       )  **FOR DEFENDANT TO LEAVE**
13  vs.                                )  **CENTRAL DISTRICT JURISDICTION;**
                                       )  **ORDER THEREON**
14  NAM PHAMTRAN,                      )
                                       )
15                      Defendant.     )
    _____)
16

17        **IT IS HEREBY STIPULATED,** by and between plaintiff, the UNITED STATES OF

18  AMERICA, and defendant NAM PHAMTRAN, through his counsel of record that:

19        1.      Defendant Nam Phamtran be permitted to leave the jurisdiction of the Central District

20  in order to attend a family gathering  in Salt Lake City, Utah, from December 25, 2008, to December

21  29, 2008, for a period of five  days;

22        2.      Defendant Nam Phamtran, upon arriving in Salt Lake City, Utah shall contact his

23  pretrial services officer, STACY BARRIOS (714) 338-4561 , and advise him of the defendant's

24  location of residence and telephone number in Salt Lake City, Utah; and

25        3.      Defendant Nam Phamtran, upon return to his place of residence in the Central

26  District shall contact his pretrial services officer, STACY BARRIOS (714) 338-4561 , and advise

27  him of defendant's return from Salt Lake City, Utah.

    ///

28  ///

                                            1

1  DATED: December 11, 2008

2

3                                              ___/S/ Alex R. Kessel_____
                                               ALEX R. KESSEL
4                                              Attorney for Defendant,
                                               NAM PHAMTRAM
5

6  DATED: December 11, 2008

7

8

9                                              ___/S/ Matthew Stegman_____
   _____       MATTHEW STEGMAN
10                                             Assistant United States Attorney
                                               for Plaintiff, UNITED STATES OF AMERICA
11
                                    **ORDER**
12
        **IT IS SO ORDERED.**
13
   **Dated:  December 11, 2008**
14

15                                             _____
                                               GARLAND E. BURRELL, JR.
16                                             United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

2