**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408

Attorney for Defendant
**NAM PHAMTRAN**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:05-CR-542-GEB |
| Plaintiff, | STIPULATION RE: PERMISSION FOR DEFENDANT TO LEAVE CENTRAL DISTRICT JURISDICTION; ORDER THEREON |
| vs. | |
| NAM PHAMTRAN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED,** by and between plaintiff, the UNITED STATES OF AMERICA, and defendant NAM PHAMTRAN, through his counsel of record that:

1. Defendant Nam Phamtran be permitted to leave the jurisdiction of the Central District in order to attend a family gathering in Salt Lake City, Utah, from December 25, 2008, to December 29, 2008, for a period of five days;

2. Defendant Nam Phamtran, upon arriving in Salt Lake City, Utah shall contact his pretrial services officer, STACY BARRIOS (714) 338-4561 , and advise him of the defendant's location of residence and telephone number in Salt Lake City, Utah; and

3. Defendant Nam Phamtran, upon return to his place of residence in the Central District shall contact his pretrial services officer, STACY BARRIOS (714) 338-4561 , and advise him of defendant's return from Salt Lake City, Utah.

///
///

DATED: December 11, 2008

          /S/ Alex R. Kessel
ALEX R. KESSEL
Attorney for Defendant,
NAM PHAMTRAM

DATED: December 11, 2008

          /S/ Matthew Stegman
MATTHEW STEGMAN
Assistant United States Attorney
for Plaintiff, UNITED STATES OF AMERICA

**ORDER**

**IT IS SO ORDERED.**
**Dated:  December 11, 2008**

*/s/ Garland E. Burrell, Jr.*
**GARLAND E. BURRELL, JR.**
**United States District Judge**

2