**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408

Attorney for Defendant
**NAM PHAMTRAN**

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NAM PHAMTRAN,<br><br>　　　　　Defendant. | CASE NO.: 2:05-CR-542-GEB<br><br>STIPULATION RE: PERMISSION FOR DEFENDANT TO LEAVE CENTRAL DISTRICT JURISDICTION; ORDER THEREON |

**IT IS HEREBY STIPULATED,** by and between plaintiff, the UNITED STATES OF AMERICA, and defendant NAM PHAMTRAN, through his counsel of record that:

1.　Defendant Nam Phamtran be permitted to leave the jurisdiction of the Central District for work purposes in Denver, Colorado, from June 4, 2010, to June 7, 2010, for a period of four days;

2.　Defendant Nam Phamtran, upon arriving in Denver, Colorado shall contact his pretrial services officer and advise them of the defendant's location of residence and telephone number in Denver, Colorado; and

3.　Defendant Nam Phamtran, upon return to his place of residence in the Central District shall contact his pretrial services officer and advise them of defendant's return from Denver, Colorado.

///

///

1

DATED: June 3, 2010

                                                /S/ Alex R. Kessel
                                                ALEX R. KESSEL
                                                Attorney for Defendant,
                                                NAM PHAMTRAM

DATED: June 3, 2010

                                                /S/ Matthew Stegman
                                                MATTHEW STEGMAN
                                                Assistant United States Attorney
                                                for Plaintiff, UNITED STATES OF AMERICA

## **ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

**Dated:  June 3, 2010**

                                                **GARLAND E. BURRELL, JR.**
                                                **United States District Judge**