**ALEX R. KESSEL (State Bar No. 110715)**
16542 Ventura Blvd.
Suite 305
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant
**NAM PHAMTRAN**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:05-CR-542-GEB |
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA |
| vs. | |
| THO LE, et. al., | |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant United States Attorney and defendant, NAM PHAMTRAN, by and through his counsel, Alex R. Kessel, defendant,, that the status conference currently set for December 17, 2010 at 9:00am, be vacated and a change of plea hearing be set for January 14, 2011 at 9:00am.

Defendant NAM PHAMTRAN has executed a plea agreement in this matter.

IT IS FURTHER STIPULATED that the period from December 17, 2010 through and including January 14, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel and 18 U.S.C. §§3161(h)(8)(B)(ii) and Local Code T2 for complexity.

| | |
|---|---|
| Dated: December 16, 2010 | Respectfully submitted, |
| | /s/ Alex R. Kessel |
| | _____ |
| | ALEX R. KESSEL<br>Attorney for Defendant<br>NAM PHAMTRAN |
| Dated: December 16, 2010 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Alex R. Kessel for |
| | _____ |
| | MATTHEW C. STEGMAN<br>Assistant United States Attorney |

**ORDER**

IT IS SO ORDERED:

Dated:  December 16, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2