**ALEX R. KESSEL (State Bar No. 110715)**
16542 Ventura Blvd.
Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408

Attorney for Defendant
**NAM PHAMTRAN**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:05-CR-542-GEB |
| Plaintiff, | STIPULATION RE: PERMISSION FOR DEFENDANT TO LEAVE EASTERN DISTRICT JURISDICTION; ORDER THEREON |
| vs. | |
| NAM PHAMTRAN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED,** by and between plaintiff, the UNITED STATES OF AMERICA, and defendant NAM PHAMTRAN, through his counsel of record that:

1.  Defendant Nam Phamtran be permitted to leave the jurisdiction of the Eastern District for a family visit in San Francisco, California, from January 28, 2011, to January 31, 2011, for a period of four days;

2.  Defendant Nam Phamtran, upon arriving in San Francisco, California shall contact his pretrial services officer and advise them of the defendant's location of residence and telephone number in San Francisco, California ; and

3.  Defendant Nam Phamtran, upon return to his place of residence in the Eastern District shall contact his pretrial services officer and advise them of defendant's return from San Francisco, California.

///
///

1

DATED: January 28, 2011

                                              /S/ Alex R. Kessel
                                            ALEX R. KESSEL
                                            Attorney for Defendant,
                                            NAM PHAMTRAM

DATED: January 28, 2011

                                              /S/ Matthew Stegman
                                            MATTHEW STEGMAN
                                            Assistant United States Attorney
                                            for Plaintiff, UNITED STATES OF AMERICA

## **ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: January 28, 2011

                                              GARLAND E. BURRELL, JR.
                                            United States District Judge

2