**ALEX R. KESSEL (State Bar No. 110715)**
16542 Ventura Blvd.
Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408

Attorney for Defendant
**NAM PHAMTRAN**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>NAM PHAMTRAN,<br><br>  Defendant. | CASE NO.: 2:05-CR-542-GEB<br><br>STIPULATION RE: PERMISSION FOR DEFENDANT TO LEAVE CENTRAL DISTRICT JURISDICTION; ORDER THEREON |

**IT IS HEREBY STIPULATED,** by and between plaintiff, the UNITED STATES OF AMERICA, and defendant NAM PHAMTRAN, through his counsel of record that:

1. Defendant Nam Phamtran be permitted to leave the jurisdiction of the Central District for a family visit in Philadelphia, Pennsylvania, from May 13, 2011, to May 17, 2011, for a period of five days;

2. Defendant Nam Phamtran, upon arriving in San Philadelphia, Pennsylvania shall contact his pretrial services officer and advise them of the defendant's location of residence and telephone number in Philadelphia, Pennsylvania; and

3. Defendant Nam Phamtran, upon return to his place of residence in the Central District shall contact his pretrial services officer and advise them of defendant's return from Philadelphia, Pennsylvania.

///

///

1

DATED: May 12, 2011

      /S/ Alex R. Kessel
ALEX R. KESSEL
Attorney for Defendant,
NAM PHAMTRAM

DATED: May 12, 2011

      /S/ Matthew Stegman
MATTHEW STEGMAN
Assistant United States Attorney
for Plaintiff, UNITED STATES OF AMERICA

**ORDER**

**IT IS SO ORDERED.**

**Dated:  May 12, 2011**

**GARLAND E. BURRELL, JR.**
**United States District Judge**