**ALEX R. KESSEL (State Bar No. 110715)**
16542 Ventura Blvd.
Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408

Attorney for Defendant
**NAM PHAMTRAN**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:05-CR-542-GEB |
| Plaintiff, | STIPULATION RE: PERMISSION FOR DEFENDANT TO LEAVE CENTRAL DISTRICT JURISDICTION; ORDER THEREON |
| vs. | |
| NAM PHAMTRAN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED,** by and between plaintiff, the UNITED STATES OF AMERICA, and defendant NAM PHAMTRAN, through his counsel of record that:

1. Defendant Nam Phamtran be permitted to leave the jurisdiction of the Central District for a family trip to Orlando, Florida, from September 15, to September 20 , for a period of six days;

2. Defendant Nam Phamtran, upon arriving in Orlando, Florida shall contact his pretrial services officer and advise them of the defendant's location of residence and telephone number in Orlando, Florida ; and

3. Defendant Nam Phamtran, upon return to his place of residence in the Central District shall contact his pretrial services officer and advise them of defendant's return from Orlando, Florida.

///

///

1

DATED: September 14, 2011

           /S/ Alex R. Kessel
ALEX R. KESSEL
Attorney for Defendant,
NAM PHAMTRAM

DATED: Septemebr 14, 2011

   /S/ Daniel McConkie
DANIEL MCCONKIE
Assistant United States Attorney
for Plaintiff, UNITED STATES OF AMERICA

## ORDER

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

**Dated: September 14, 2011**

*[signature]*
GARLAND E. BURRELL, JR.
United States District Judge

2