**ALEX R. KESSEL (State Bar No. 110715)**
16542 Ventura Blvd.
Suite 305
Encino, California 91436-2746
Telephone: (818) 995-1422
Fax: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
NAM PHAMTRAN

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:05-CR-542-GEB |
| Plaintiff, | ORDER TO CONTINUE SENTENCING |
| v. | |
| NAM PHAMTRAN, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the sentencing for Defendant NAM PHAMTRAN be continued from September 23, 2011, at 9:00 a.m., to November 18, 2011, at 9:00 a.m.

Dated: September 27, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1