**ALEX R. KESSEL (State Bar No. 110715)**
16542 Ventura Blvd.
Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408

Attorney for Defendant
**NAM PHAMTRAN**

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NAM PHAMTRAN,<br><br>    Defendant. | CASE NO.: 2:05-CR-542-GEB<br><br>STIPULATION RE: PERMISSION FOR DEFENDANT TO LEAVE CENTRAL DISTRICT JURISDICTION; ORDER THEREON |

**IT IS HEREBY STIPULATED,** by and between plaintiff, the UNITED STATES OF AMERICA, and defendant NAM PHAMTRAN, through his counsel of record that:

1. Defendant Nam Phamtran be permitted to leave the jurisdiction of the Central District for a family trip to Las Vegas, Nevada, from December 2, to December 6, for a period of five days;

2. Defendant Nam Phamtran, upon arriving in Las Vegas, Nevasa shall contact his pretrial services officer and advise them of the defendant's location of residence and telephone number in Las Vegas, Nevada ; and

3. Defendant Nam Phamtran, upon return to his place of residence in the Central District shall contact his pretrial services officer and advise them of defendant's return from Las Vegas, Nevada.

///

///

DATED: December 1, 2011

      /S/ Alex R. Kessel
ALEX R. KESSEL
Attorney for Defendant,
NAM PHAMTRAM

DATED: December 1, 2011

      /S/ Daniel McConkie
DANIEL MCCONKIE
Assistant United States Attorney
for Plaintiff, UNITED STATES OF AMERICA

**ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:  December 1, 2011

GARLAND E. BURRELL, JR.
United States District Judge

2