**ALEX R. KESSEL (State Bar No. 110715)**
15910 Ventura Blvd.
Suite 1030
Encino, California 91436
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: KesselLawFirm@gmail.com

Attorney for Defendant
**NAM GIA PHAMTRAN**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:05-CR-00542-GEB |
|---|---|
| Plaintiff, | ORDER CONTINUING ARRAIGNMENT HEARING |
| vs. | |
| NAM GIA PHAMTRAN | **Current Hearing Date:** |
| Defendant | DATE: March 6, 2015 |
| | TIME: 9:00 A.M. |
| | PLACE: Honorable Garland E. Burrell Jr., Judge of the United States District Court |

**GOOD CAUSE APPEARING, IT IS SO ORDERED** that the arraignment hearing presently set for March 6, 2015, at 9:00 a.m., be continued to May 15, 2015, at 9:00 a.m.

Dated:  February 27, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

- 1 -