**ALEX R. KESSEL (State Bar No. 110715)**
15910 Ventura Blvd.
Suite 1030
Encino, California 91436
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: KesselLawFirm@gmail.com

Attorney for Defendant
**NAM GIA PHAMTRAN**

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>NAM GIA PHAMTRAN<br>         Defendant | CASE NO. 2:05-CR-00542-GEB<br><br>ORDER CONTINUING SENTENCING HEARING<br><br>Current Hearing Date:<br>DATE: August 14, 2015<br>TIME: 9:00 A.M.<br>PLACE: Honorable Garland E. Burrell Jr., Judge of the United States District Court |

**GOOD CAUSE APPEARING, IT IS SO ORDERED** that the sentencing hearing presently set for August 14, 2015, at 9:00 a.m., be continued to September 4, 2015, at 9:00 a.m.

Dated:  August 7, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

- 1 -